IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS K. SCHMIDT, ET AL.,　　　　　　　　　*

　　　　PLAINTIFFS,　　　　　　　　　　　　　*

　　　　v.　　　　　　　　　　　　　　　Case No.   8:13-cv-03282-GJH

THE TOWN OF CHEVERLY, MARYLAND,　　*

　　　　DEFENDANT.　　　　　　　　　　　　*

\* \* \* \* \* \* \*

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Town of Cheverly, Maryland, Defendant, by its undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment as to all claims remaining in the Complaint, as amended, on grounds that there is no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law.  The grounds and authorities in support of this Motion are set forth fully in the accompanying memorandum.

Wherefore, Defendant requests that its Motion for Summary Judgment be granted; that judgment be entered in its favor and against Plaintiffs; and for such other and further relief as this Court deems necessary and appropriate.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　John F. Breads, Jr.
　　　　　　　　　　　　　　　　　Federal Bar No. 01343
　　　　　　　　　　　　　　　　　jbreads@lgit.org

_____/s/_____
Matthew D. Peter
Federal Bar No. 26351
mpeter@lgit.org
7225 Parkway Drive
Hanover, Maryland  21076
Office (443) 561-1700
Facsimile (443) 561-1701
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of October 2015, a copy of the foregoing Defendant's Motion for Summary Judgment was filed electronically with notice to counsel of record.

_____/s/_____
John F. Breads, Jr.